# United States District Court
# Central District of California

| | |
|---|---|
| DIANE GOODWIN,<br><br>             Plaintiff,<br><br>      v.<br><br>BLAINE E. WOODS; VIRGINIA M. BROWN; AZURE SEAS, in rem,<br><br>             Defendants. | Case No. 2:14-cv-07210-ODW(AS)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Based on Plaintiff's response to the Court's Order to Show Cause (ECF No. 43), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than July 18, 2016**, why settlement has not been finalized.  No hearing will be held.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

June 24, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**